THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULI ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>THE HARTZ MOUNTAIN CORPORATION,<br><br>    Defendant. | Case No. 2:14-cv-1174 RSL<br><br>**SUPPLEMENTAL DECLARATION OF ANDREA L. CALVARUSO IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, ANDREA L. CALVARUSO, hereby declare as follows:

1.  I am a member of the firm of Kelley Drye & Warren LLP, counsel to Defendant, The Hartz Mountain Corporation ("Hartz" or "Defendant") in this matter. I make this declaration in support of Defendant's Motion for Summary Judgment.

2.  I am over the age of eighteen (18), and am competent to testify regarding the facts stated herein.

3.  The basis for my knowledge is my review of the files maintained by Kelley Drye & Warren LLP as part of its representation of Defendant, including the documents attached hereto.

4.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Irina Briller, taken on August, 12, 2015.

5.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Adam Coacher, taken on August 19, 2015.

SUPPLEMENTAL DECLARATION OF ANDREA L. CALVARUSO
IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:14-cv-1174-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1

NY01\SteiG\4228672.1

6.     Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Hartz in this action bearing bates number Hartz 018383.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Hartz in this action bearing bates numbers Hartz 000065, Hartz 000062, Hartz 00059, and Hartz 000057.

This Declaration is made under penalty of perjury under the laws of the United States this 30th day of October, 2015.

DATED:   October 30, 2015
         New York, New York

/s/ *Andrea L. Calvaruso*
Andrea L. Calvaruso

SUPPLEMENTAL DECLARATION OF ANDREA L. CALVARUSO
IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:14-cv-1174-RSL

2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

NY01\SteiG\4228672.1

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 30th day of October, 2015, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

| | |
|---|---|
| Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101-1244<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>E-Mail: tony@hbsslaw.com | Simon B. Paris<br>Saltz Mongeluzzi, Barrett & Bendesky, PC<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 575-3985<br>E-Mail: sparis@smbb.com |
| Thomas E. Loeser<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101-1244<br>Facsimile: (206) 623-0594<br>E-Mail: toml@hbsslaw.com | Patrick Howard<br>Saltz Mongeluzzi, Barrett & Bendesky, PC<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 575-3985<br>E-Mail: phoward@smbb.com |
| Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>E-Mail: dgustafson@gustafsongluek.com | Jonathan K. Cooperman *pro hac vice*<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178-0062<br>Telephone: (212) 808-7534<br>Facsimile: (212) 808-7897<br>E-Mail: jcooperman@kelleydrye.com |
| Andrea L. Calvaruso *pro hac vice*<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178-0062<br>Telephone: (212) 808-7853<br>Facsimile: (212) 808-7897<br>E-Mail: acalvaruso@kelleydrye.com | |

Executed on the 30th day of October, 2015, at Seattle, Washington.

_____
Carson Cooper

SUPPLEMENTAL DECLARATION OF ANDREA L. CALVARUSO
IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:14-cv-1174-RSL

3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

NY01\SteiG\4228672.1

# Exhibit 1

Page 1

1  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF WASHINGTON AT SEATTLE
2  Case No. 2:14-cv-1174-RSL
3
   JULI ADAMS,
4
            Plaintiff,
5                                    VIDEOTAPED
        vs.                          DEPOSITION OF:
6                                    IRINA BRILLER
   THE HARTZ MOUNTAIN, CORP.,
7
            Defendant.
8
   - - - - - - - - - - - - - -
9
10          TRANSCRIPT of the stenographic notes of
11 the proceedings in the above-entitled matter, as
12 taken by and before CAROL ANN SHEPARD, a Certified
13 Court Reporter of the State of New Jersey, held at
14 the office of KELLEY DRYE & WARREN, LLP, One
15 Jefferson Road, Parsippany, New Jersey, on
16 Wednesday, August 12, 2015, commencing at 9:30 in
17 the forenoon.
18
19
20
21
22         VERITEXT LEGAL SOLUTIONS
              MID-ATLANTIC REGION
23       1801 Market Street - Suite 1800
              Philadelphia, PA  19103
24
25

```
                                                        Page 2

 1    A P P E A R A N C E S:
 2
      HAGENS BERMAN SOBOL & SHAPIRO, L.L.P.
 3    1918 Eighth Avenue, Suite 3300
      Seattle, Washington 98101
 4    206-623-7292
      tony@hbsslaw.com
 5    BY:   ANTHONY D. SHAPIRO, ESQ.
      Attorneys for the Plaintiff
 6
 7    SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.
      1650 Market Street
 8    Philadelphia, Pennsylvania 19103
      215-575-3985
 9    phoward@smbb.com
      BY:   PATRICK HOWARD, ESQ.
10    Attorneys for the Plaintiff
11
      KELLEY, DRYE & WARREN, LLP
12    One Jefferson Road
      Parsippany, New Jersey 07054
13    973-503-5900
      jcooperman@kelleydrye.com
14    BY: JONATHAN K. COOPERMAN, ESQ.
      Attorneys for the Defendant
15
16
17
18
19
20
21
22
23
24
25
```

1  A.   When you're excited about a project and
2  you need to get it done, I don't think you sit there
3  and you, you know, remember that you left at, like,
4  7 P.M. or 8 P.M. You just get it done. I don't
5  remember. It was four years ago.
6  Q.   Okay. So you go through this process,
7  you do the P&L, you get the creative team, you
8  figure out what the toys will sell for. Do you come
9  back to Mr. Coacher with -- with all this
10 information?
11 A.   Yes.
12 Q.   Okay. And then what's the next step?
13 A.   Well, interestingly enough, when we did
14 start going through this process, our coordinator,
15 Helen, told us that we actually used to sell Angry
16 Birds before, and she pulled out a couple of the
17 toys. <u>So I asked our legal team whether we owned</u>
18 <u>the trademark, and I was told that we do own the</u>
19 <u>trademark.</u> I thought that was a great negotiation
20 tactic that we could actually use with Rovio. And
21 you know, I mentioned that to Adam, as well.
22 Q.   Okay. You said during this process,
23 your coordinator, Helen, mentioned that you used to
24 sell Angry Birds toys.
25 A.   Yes.

1  CERTIFICATE
2
3      I, CAROL ANN SHEPARD, a Notary Public and
4  Certified Shorthand Reporter of the State of New
5  Jersey, License No. 30X100101900, do hereby certify
6  that prior to the commencement of the examination,
7  IRINA BRILLER was duly sworn by me to testify the
8  truth, the whole truth and nothing but the truth.
9      I DO FURTHER CERTIFY that the foregoing is a
10 true and accurate transcript of the testimony as
11 taken stenographically by and before me at the time,
12 place and on the date hereinbefore set forth.
13     I DO FURTHER CERTIFY that I am neither a
14 relative nor employee nor attorney nor counsel of
15 any of the parties to this action, and that I am
16 neither a relative nor employee of such attorney or
17 counsel, and that I am not financially interested in
18 the action.
19
20                    [signature]
21
22 Certified Court Reporter of the State of New Jersey
23
24 Dated:  August 24, 2015
25

# Exhibit 2

Page 1

```
  1           UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF WASHINGTON AT SEATTLE
  2           Case No. 2:14-cv-1174-RSL
  3
       JULI ADAMS,
  4
                   Plaintiff,
  5                                         VIDEOTAPED
             vs.                            DEPOSITION OF:
                                            ADAM COACHER
  6
       THE HARTZ MOUNTAIN, CORP.,
  7
                   Defendant.
  8
       - - - - - - - - - - - - - - -
  9
 10           TRANSCRIPT of the stenographic notes of
 11    the proceedings in the above-entitled matter, as
 12    taken by and before CAROL ANN SHEPARD, a Certified
 13    Court Reporter of the State of New Jersey, held at
 14    the office of KELLEY DRYE & WARREN, LLP, One
 15    Jefferson Road, Parsippany, New Jersey, on
 16    Wednesday, August 19, 2015, commencing at 9:30 in
 17    the forenoon.
 18
 19
 20
 21                   VERITEXT LEGAL SOLUTIONS
                        MID-ATLANTIC REGION
 22              1801 Market Street - Suite 1800
                       Philadelphia, PA   19103
 23
 24
 25
```

```
 1   A P P E A R A N C E S:
 2
     HAGENS BERMAN SOBOL & SHAPIRO, L.L.P.
 3   1918 Eighth Avenue, Suite 3300
     Seattle, Washington 98101
 4   206-623-7292
     toml@hbsslaw.com
 5   BY:   THOMAS E. LOESER, ESQ.
     Attorneys for the Plaintiff
 6
 7   KELLEY, DRYE & WARREN, LLP
     One Jefferson Road
 8   Parsippany, New Jersey 07054
     973-503-5900
 9   jcooperman@kelleydrye.com
     BY: JONATHAN K. COOPERMAN, ESQ.
10   Attorneys for the Defendant
11
     ALSO PRESENT:
12
     Daniel McClutchy, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    the Angry Birds trademark, if you had to do it over
2    again, would you look into whether or not Juli Adams
3    had any right to the Angry Birds trademark?
4            MR. COOPERMAN:  Objection.
5       A.   I guess I would ask counsel to, you
6    know, make sure we weren't going down a road that
7    would get us in trouble later.  That just makes
8    sense.
9            MR. LOESER:  This a good time for a
10   short break?
11      A.   Let me clarify or add to that.
12           I can't remember that I did ask that
13   question specifically.  It seems like I would have.
14   And the -- see, the idea that I operated under
15   moving forward from that was that Hartz owned the
16   trademark and not Juli Adams.  So there didn't seem
17   to be any reason, once -- once I had the knowledge
18   that Hartz owned the trademark, and I did see that
19   in writing, I had no reason to think about Juli
20   Adams anymore.
21      Q.   I understand.  So, after Bob Shipley
22   told you, hey, we own the trademark, and, by the
23   way, you should have known that we owned the
24   trademark, that's what he said to you; right?
25           MR. COOPERMAN:  Objection.

Page 347

1    CERTIFICATE
2
3        I, CAROL ANN SHEPARD, a Certified Court
4    Reporter of the State of New Jersey, License No.
5    30X100101900, do hereby certify that prior to the
6    commencement of the examination, ADAM COACHER was
7    duly sworn by me to testify the truth, the whole
8    truth and nothing but the truth.
9        I DO FURTHER CERTIFY that the foregoing is a
10   true and accurate transcript of the testimony as
11   taken stenographically by and before me at the time,
12   place and on the date hereinbefore set forth.
13       I DO FURTHER CERTIFY that I am neither a
14   relative nor employee nor attorney nor counsel of
15   any of the parties to this action, and that I am
16   neither a relative nor employee of such attorney or
17   counsel, and that I am not financially interested in
18   the action.
19
20   
21   _____
22   Certified Court Reporter of the State of New Jersey
23
24   Dated: August 31, 2015
25

# Exhibit 3

Tina Le Lay

From: Tina Le Lay
Sent: Wed 1/31/2007 10:35 PM (GMT-00:00)
To: Scott Yacovino; scott yacovino
Cc:
Bcc:
Subject: Fw: Julie Adams

Scott,

?????????

Tina

Tina Le Lay
Director Marketing
The Hartz Mountain Corporation
400 Plaza Drive
Secaucus, NJ 07094-3688
Tel: 201.271.4800 ext. 7755
tlelay@hartz.com

----- Forwarded by Tina Le Lay/MLJ on 01/31/2007 05:35 PM -----

cgoldberg@hartz.com                    To      tlelay@hartz.com
                                       cc
01/31/2007 05:25 PM                    Subject Julie Adams

Please respond to
cgoldberg@hartz.com

2 things - we need to debrief on this program. We will need to figure out if Tim had spoken w/her as we are not going to need her at Global Pet. Maybe Scott knows.

2nd - I think we need a "name" for this line - not just "the art of Julie Adams"

TTFN
Sent from my Verizon Wireless BlackBerry



Hartz 018383

# Exhibit 4

Hartz® Angry Birds™ are angry because you are buying them as playthings for your cats. But don't feel bad. These birds were bred to be confrontational.

Supervise your pet. For play only. Not a child's toy. Toy should be removed and replaced if excessive wear or damage occurs.

Juli Adams is a contemporary painter, based in Seattle, Washington, whose creative creatures have been brought to life in the new Hartz® Juli Adams' line of dog and cat products. Juli has been presenting her art at high-end, invitation only, fine art fairs and galleries across the United States. You will find her works in homes and offices of all types and with collectors of all ages.

Hartz® Angry Birds™ sont en rogne parce que vous les achetez comme jouets pour vos chats. Mais ne vous culpabilisez pas. Ces oiseaux ont été élevés pour être combattifs.

Surveillez votre animal. Pour jouer seulement. Ce n'est pas un jouet pour enfants. Le jouet doit être retiré et remplacé s'il est très usé ou endommagé.

Juli Adams est une artiste-peintre contemporaine établie à Seattle dans l'État de Washington, dont les créatures fantaisistes prennent vie dans la nouvelle gamme de produits pour chiens et chats Juli Adams de Hartz®. Juli présente ses œuvres lors d'expositions privées dans des galeries et salons d'arts huppés à travers les États-Unis. Ses œuvres se trouvent dans des résidences et bureaux de tout type et les collectionneurs proviennent de toutes les tranches d'âge.

www.juliadams.com



Licensed from the artist Juli Adams.
Œuvres de Juli Adams sous licence – www.juliadams.com
Visit www.hartz.com for more information.
Visitez www.hartz.com pour plus d'information.

Made in China for/Fabriqué en Chine pour ©The Hartz Mountain Corporation, Secaucus, N.J. 07094, USA. Imported by/Importé par Hartz Canada, Inc., St. Thomas, Ontario N5P 3W7, Canada. Hartz® is a registered trademark of/ Hartz® est une marque déposée registrée de/The Hartz Mountain Corporation.   503711

0  32700 10675  1

503711

**EXHIBIT 17**
Adams
DATE: 8-21-15
Cindi L. Ullman, CCR

# ANGRY BIRDS™
Robin
*Rouge-gorge*

with Catnip
avec l'herbe aux chats

File Name: 10675 503711 Robin ABird.ai
Packaging Spec:
Artist: Jorge 03/05/07 New Layout
Artist: Jorge 03/07/07 Text edits and Ftp Eden
3/4/07 - Rcvd. proof changes, back on Eden

Printed @ 100%

CONFIDENTIAL                                                                                                   HARTZ 000065








Hartz® Angry Birds™ are angry because you are buying them as playthings for your cats. But don't feel bad. These birds were bred to be confrontational.

Supervise your pet. For play only. Not a child's toy. Toy should be removed and replaced if excessive wear or damage occurs.

Juli Adams is a contemporary painter, based in Seattle, Washington, whose creative creatures have been brought to life in the new Hartz® Juli Adams' line of dog and cat products. Juli has been presenting her art at high-end, invitation only, fine art fairs and galleries across the United States. You will find her works in homes and offices of all types and with collectors of all ages.

Hartz® Angry Birds™ sont en rogne parce que vous les achetez comme jouets pour vos chats. Mais ne vous culpabilisez pas. Ces oiseaux ont été élevés pour être combattifs.

Surveillez votre animal. Pour jouer seulement. Ce n'est pas un jouet pour enfants. Le jouet doit être retiré et remplacé s'il est très usé ou endommagé.

Juli Adams est une artiste-peintre contemporaine établie à Seattle dans l'État de Washington, dont les créatures fantaisistes prennent vie dans la nouvelle gamme de produits pour chiens et chats Juli Adams de Hartz®. Juli présente ses œuvres lors d'expositions privées dans des galeries et salons d'arts huppés à travers les États-Unis. Ses œuvres se trouvent dans des résidences et bureaux de tout type et les collectionneurs proviennent de toutes les tranches d'âge.

www.juliadams.com

Licensed from the art of Juli Adams.
(Œuvres de Juli Adams sous licence – www.juliadams.com)
Visit www.hartz.com for more information.
Visitez www.hartz.com pour plus d'information.

Made in China for/Fabriqué en Chine pour ©The Hartz Mountain Corporation, Secaucus, N.J. 07094, USA. Imported by/Importé par Hartz Canada, Inc., St. Thomas, Ontario N5P 3W7, Canada. Hartz® is a registered trademark of/ Hartz® est une marque déposée registrée de/The Hartz Mountain Corporation.

503715

0  3 27700 10674  4

**ANGRY BIRDS™**
Chicken
*Poulet*

with Catnip
avec l'herbe aux chats

File Name: 10074 503715 Chicken ABird.ai
Packaging Spec:
Artist: Jorge 03/05/07 New Layout
Artist: Jorge 03/06/07 New Layout and Text edits
Artist: Jorge 03/07/07 Text edits and Flip Eden
4/5/07 - Rob: proof changes, back on Eden

Printed @ 100%

CONFIDENTIAL                                             HARTZ 000062



Hartz® Angry Birds™ are angry because you are buying them as playthings for your cats. But don't feel bad. These birds were bred to be confrontational.

Supervise your pet. For play only. Not a child's toy. Toy should be removed and replaced if excessive wear or damage occurs.

Juli Adams is a contemporary painter, based in Seattle, Washington, whose creative creatures have been brought to life in the new Hartz® Juli Adams' line of dog and cat products. Juli has been presenting her art at high-end, invitation only, fine art fairs and galleries across the United States. You will find her works in homes and offices of all types and with collectors of all ages.

Hartz® Angry Birds™ sont en rogne parce que vous les achetez comme jouets pour vos chats. Mais ne vous culpabilisez pas. Ces oiseaux ont été élevés pour être combattifs.

Surveillez votre animal. Pour jouer seulement. Ce n'est pas un jouet pour enfants. Le jouet doit être retiré et remplacé s'il est très usé ou endommagé.

Juli Adams est une artiste-peintre contemporaine établie à Seattle dans l'État de Washington, dont les créatures fantaisistes prennent vie dans la nouvelle gamme de produits pour chiens et chats Juli Adams de Hartz®. Juli présente ses œuvres lors d'expositions privées dans des galeries et salons d'arts huppés à travers les États-Unis. Ses œuvres se trouvent dans des résidences et bureaux de tout type et les collectionneurs proviennent de toutes les tranches d'âge.

www.juliadams.com

Licensed from the art of Juli Adams
Œuvres de Juli Adams sous licence – www.juliadams.com
Visit www.hartz.com for more information.
Visitez www.hartz.com pour plus d'information.

Made in China for/ Fabriqué en Chine pour ©The Hartz Mountain Corporation, Secaucus, N.J. 07094, USA. Imported by/Importé par Hartz Canada, Inc. St. Thomas, Ontario N5P 3V7, Canada. Hartz® is a registered trademark of/ Hartz® est une marque déposée registré de/The Hartz Mountain Corporation

503712

0 32700 10671 5

**AngryBirds™**
Rooster
*Coq*

with Catnip
avec l'herbe aux chats

File Name: 10671 503712 Rooster ABird.ai
Packaging Spec:
Artist: Jorge 03/05/07 New Layout
Artist: Jorge 03/06/07 New Layout and Text edits
Artist: Jorge 03/07/07 New Text edits and Flip Eden
3/4/07 / Rob: proof changes, back on Eden

Printed @ 100%

CONFIDENTIAL

HARTZ 000059






CONFIDENTIAL

HARTZ 000057