THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULI ADAMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE HARTZ MOUNTAIN<br>CORPORATION,<br><br>                    Defendant. | Case No. 2:14-cv-1174 RSL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Juli Adams and Defendant The Hartz Mountain Corporation (collectively the "Parties"), by and through their attorneys, hereby jointly submit this Notice of Settlement and give notice that all claims against all parties in this action have been resolved. Any trial or other hearings in this matter, including the jury trial scheduled for January 4, 2016, may be stricken from the court calendar. This notice is being filed with the consent of all Parties.

The Parties anticipate filing a stipulated dismissal with prejudice after the parties finalize their settlement, which they anticipate occurring on or before February 4, 2016.

//
//
//
//
//

NOTICE OF SETTLEMENT - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED this 4th day of December, 2015.

| HAGENS BERMAN SOBOL SHAPIRO LLP | LANE POWELL PC |
|---|---|
| By: /s/ Anthony D. Shapiro<br>Anthony D. Shapiro<br>Thomas E. Loeser<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Tel: (206) 623-7292<br>Fax: (206) 623-0594<br>tony@hbsslaw.com<br>toml@hbsslaw.com<br><br>Simon B. Paris<br>Patrick Howard<br>SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 575-3985<br>sparis@smbb.com<br>phoward@smbb.com<br><br>Attorneys for Plaintiff Juli Adams | By: /s/ Carson Cooper<br>Mark G. Beard, WSBA No. 11737<br>Carson Cooper, WSBA No. 44252<br>Jennifer Beyerlein, WSBA No. 35754<br>beardm@lanepowell.com<br>cooperc@lanepowell.com<br>beyerleinj@lanepowell.com<br><br>Jonathan K. Cooperman<br>Andrea L. Calvaruso<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178-0062<br>jcooperman@kelleydrye.com<br>acalvaruso@kelleydrye.com<br><br>Attorneys for Defendant The Hartz Mountain Corporation |

NOTICE OF SETTLEMENT - 2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101-1244<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>E-Mail: tony@hbsslaw.com | Simon B. Paris<br>Saltz Mongeluzzi, Barrett & Bendesky, PC<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 575-3985<br>E-Mail: sparis@smbb.com |
| Thomas E. Loeser<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101-1244<br>Facsimile: (206) 623-0594<br>E-Mail: toml@hbsslaw.com | Patrick Howard<br>Saltz Mongeluzzi, Barrett & Bendesky, PC<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 575-3985<br>E-Mail: phoward@smbb.com |
| Patrick Howard<br>Saltz Mongeluzzi, Barrett & Bendesky, PC<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 575-3895<br>E-Mail: phoward@smbb.com | Jonathan K. Cooperman *pro hac vice*<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178-0062<br>Telephone: (212) 808-7534<br>Facsimile: (212) 808-7897<br>E-Mail: jcooperman@kelleydrye.com |
| Andrea L. Calvaruso *pro hac vice*<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178-0062<br>Telephone: (212) 808-7853<br>Facsimile: (212) 808-7897<br>E-Mail: acalvaruso@kelleydrye.com | |

I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

NOTICE OF SETTLEMENT - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

Executed on the 4th day of December, 2015, at Seattle, Washington.

_____
Lauren LaPlante

NOTICE OF SETTLEMENT - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107